AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 24-cv-2571

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Attorney's Office for the District of Columbia was received by me on *(date)* 9/10/2024 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Pursuant to the rules for email service outlined on the website for the U.S. Attorney's Office for the District of Columbia, I sent email service to USADC.ServiceCivil@usdoj.gov and a copy of the Motion for Preliminary Injunction to the the Civil Chief. Service was accepted with a date of September 10, 2024.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/8/2024

/s/ Megan Yan
*Server's signature*

Megan Yan, Staff Attorney
*Printed name and title*

Public Defender Service for the District of Columbia
633 3rd Street NW, Washington, D.C. 20001
*Server's address*

Additional information regarding attempted service, etc: