CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Artavious Love and Diamante Butler, et al.
Plaintiff(s)

Civil Action No. 24-cv-2571

vs.

Bureau of Prisons, Merrick Garland, Colette Peters
Defendant(s)

## AFFIDAVIT OF MAILING

I, Lauren Ison, hereby state that:

On the 10th day of September, 2024, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Merrick Garland, Attorney General, U.S. Department of Justice, 950 Pennsylvania Ave. NW, Washington, D.C. 20530

I have received a U.S.P.S. copy of the receipt for the certified mail, No. 70151520000307675373 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 12th day of September, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

10/7/2024    /s/ Lauren Ison
(Date)    (Signature)

Help

# Product Tracking & Reporting

UNITED STATES POSTAL SERVICE

Home    Search    Reports    Manual Entry    Rates/Commitments    PTR / EDW    Customer Information

October 07, 2024

## USPS Tracking Intranet
## Delivery Signature and Address

Tracking Number: 7015 1520 0003 0767 5373

This item was delivered on 09/12/2024 at 05:02:00

< Return to Tracking Number View



Delivery Section

Signature: Eddie L. Anderson

Printed Name: EDDIE L. ANDERSON

Delivery Address: VA Centrel 20420

Enter up to 35 items separated by commas.

Select Search Type:   Quick Search   [Submit]

Product Tracking & Reporting, All Rights Reserved
Version: 24.4.3-de6c5246

SERVICE
OLUMBIA

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Merrick Garland
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, D.C. 20530

9590 9403 0674 5196 5210 83

2. Article Number (Transfer from service label)

7015 1520 0003 0767 5373

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053    Domestic Return Receipt

10/8/24, 12:58 PM    USPS.com® - USPS Tracking® Results

**ALERT: HURRICANES HELENE AND MILTON, FLOODING, AND SEVERE WEATHER IN THE SOUTHEASTERN AND MID-ATLANTIC U.S. MAY IMPACT DELIVERY. READ MORE › (HTTPS://ABOUT.USPS.COM/NEWSROOM/SERVICE-ALERTS/)**

# USPS Tracking®

FAQs

Track Packages Anytime, Anywhere

Get the free Informed Delivery® feature to receive automated notifications on your packages

Learn More (https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Feedback

Remove ✕

Tracking Number:

## 70151520000307675373

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at a postal facility at 5:02 am on September 12, 2024 in WASHINGTON, DC 20530.

**Delivered**

Delivered, Individual Picked Up at Postal Facility

WASHINGTON, DC 20530
September 12, 2024, 5:02 am

See All Tracking History

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

10/8/24, 12:58 PM                                        USPS.com® - USPS Tracking® Results

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Track Another Package

[ Enter tracking or barcode numbers ]

## Need More Help?

Contact USPS Tracking support for further assistance.

[ FAQs ]