Case 1:24-cv-02571-APM   Document 26   Filed 10/08/24   Page 1 of 4

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Artavious Love and Diamante Butler, et al.
        Plaintiff(s)

                                                            Civil Action No. 24-cv-2571

vs.

Bureau of Prisons, Merrick Garland, Colette Peters
        Defendant(s)

## AFFIDAVIT OF MAILING

I, Lauren Ison, hereby state that:

On the 10th day of September, 2024, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Bureau of Prisons, 320 First Street NW, Washington, D.C. 20534

I have received the receipt for the certified mail, No. 70151520000307675380 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 11th day of September, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

10/2/2024                                                    /s/ Lauren Ison
(Date)                                                       (Signature)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bureau of Prisons
320 First Street NW
Washington, D.C. 20534

9590 9403 0674 5196 5210 76

2. Article Number *(Transfer from service label)*

7015 1520 0003 0767 5380

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Adel Bowden
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*
Adel Bowden

C. Date of Delivery
9-11-24

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053   Domestic Return Receipt

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Artavious Love and Diamante Butler, et al.
Plaintiff(s)

vs.

Civil Action No. 24-cv-2571

Bureau of Prisons, Merrick Garland, Colette Peters
Defendant(s)

### AFFIDAVIT OF MAILING

I, Lauren Ison, hereby state that:

On the 10th day of September, 2024, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Colette Peters, Director, Bureau of Prisons, 320 First Street NW, Washington, D.C. 20534

I have received the receipt for the certified mail, No. 70151520000307675397 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 11th day of September, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

10/2/2024                                   /s/ Lauren Ison
(Date)                                      (Signature)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Colette Peters, Director
   Bureau of Prisons
   320 First Street NW
   Washington, D.C. 20534

   9590 9403 0674 5196 5210 69

2. Article Number *(Transfer from service label)*

   7115 1520 0003 0767 5397

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X C. TAPP ☒ Agent ☐ Addressee

B. Received by (Printed Name): C. TAPP
C. Date of Delivery: 9-11-24

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☑ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053      Domestic Return Receipt